**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**MONGOLIAN MINING CORPORATION**<br>**(in Provisional Liquidation),**[1]<br><br>Debtor in a Foreign Proceeding. | **Objection Deadline:**<br>April 20, 2017, 4:00 p.m. (EDT)<br><br>Hearing Date (if necessary):<br>May 2, 2017, 10:00 a.m. (EDT)<br><br>Chapter 15<br>Case No. 17-10695 (SMB) |

**CERTIFICATE OF NO OBJECTION**
(Docket Nos. 1, 5)

Pursuant to Local Rule 9075-2, I hereby certify that I am unaware of any objection, responsive pleading or request for a hearing has been filed or received by me with respect to (i) the *Chapter 15 Petition for Recognition of a Foreign Proceeding* [ECF No. 1] or (ii) the *Petitioner's Motion for an Order Granting Recognition and Final Relief in Aid of a Foreign Proceeding* [ECF No. 5] (the "**Pleadings**"). I have reviewed the Court's docket and, as of the time of filing of this Certificate of No Objection, no objection, responsive pleading or request for a hearing with respect to the Pleadings appears thereon. The deadline to file an objection to the Pleadings passed at 4:00 p.m. (EDT) on April 20, 2017 (the "**Objection Deadline**"). In accordance with Local Rule 9075-2, this Certificate of No Objection is being filed not less than 48 hours after the Objection Deadline.

---

[1] The last four digits of the registration number for Mongolian Mining Corporation (in Provisional Liquidation) are 0791. The mailing address of the Debtor's registered office and of the foreign representative is c/o PwC Corporate Finance and Recovery (Cayman) Limited, P.O. Box 258, 4th Floor, 18 Forum Lane, Camana Bay, Grand Cayman KY1-1104, Cayman Islands, Attn: Simon Conway.

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  New York, New York
April 26, 2017

By: /s/ Benjamin Schak
Timothy Graulich
Darren S. Klein
Benjamin M. Schak

DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone:   (212) 450-4000
Facsimile:    (212) 701-5800

*Counsel to the Foreign Representative*